UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

LYNNE M. BALTHAZOR,

    Plaintiff,

v.

JACOB LAW GROUP, PLLC.

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, LYNNE M. BALTHAZOR, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, JACOB LAW GROUP, PLLC, is a professional limited liability company and citizen of the State of Missouri with its principal place of business at 2623 West Oxford Loop, Oxford, Missouri, 38655.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's residential telephone on or about the dates stated:

> January 4, 2010 at 9:52 AM
> This is a message for Lynne Balthazor; Lynne this is Reggie Davison giving you a call from the attorneys office at the Jacob Law Group. Lynne there is an important issue here with the attorney that does need to be taken care of, please return my call today. My number is 877-620-3818; once again the number is 877-620-3818 extension 433. Lynne Balthazor it is important you call me today before 5 o'clock, be sure to do so, and ask for Reggie. Thank you.
>
> January 11, 2010 at 6:23 PM

2

Hello, this is message is for Lynn Balthazor.  This is Chanel Smith and I'm calling from the Attorney's Office at the Jacob Law Group.  Ms. Balthazor, it's very important that I speak with you today.  My number is 877-620-3818, my extension is 412.  That's 877-620-3818 extension 412.  I'll be available in the attorney's office until 8 o'clock tonight CST.  Please return my call, 877-620-3818 extension 412.  It's very important that I speak with you as soon as possible, Thank you.

January 17, 2010 at 11:47 AM
This communication is from a debt collector. Once again, please contact the Jacob Law Group at 877-620-3818. If you wish to be connected to an account representative now, press 1 on your…

January 21, 2010 at 2:28 PM
This message is for Lynn Balthazor, my name is Cheryl, I'm calling from the Attorney's Office.  It is important you return my call today.  My number is 877-238-2868, my extension is 408.  My office hours are from 8AM until 5PM CST.  Thank you.

January 25, 2010 at 10:14 AM
Hi, this is Stephanie.  Give me a call at 877-620-3818, extension 443.  It's very important that you return this call today.  Thank you.

January 26, 2010 at 3:27 PM
Hello, my name is Candace, I'm calling from the Attorney's Office.  I need to get a call back today at 877-620-3818.  Once again, the toll-free number 877-620-3818, extension 451.  Thank you.

February 6, 2010 at 10:49 AM
Hello my name is Angela Tucker I am calling from the attorney's office. I need a return call from you as soon as possible today at 877-620-3818 extension 405. Once again my number is 877-620-3818 extension 405. It is very important I do speak with you as soon as possible today. Thank you.

February 10, 2010 at 7:07 PM
Hello this message is for Lynne Balthazor. Lynne this is Chanel Smith and I'm calling from the attorney's office at the Jacob Law Group. Please return my call today. My number is 877-620-3818. My extension is 420. Once again this message is for Lynne Balthazor. Return the call today to the

3

attorney's office, 877-620-3818, extension 420. Ask for Chanel when you call. Thank you.

<u>February 15, 2010 at 12:24 PM</u>
This is a message for Lynne Balthazor. Lynne Balthazor this is Reggie giving you a call from the attorney's office at the Jacob Law Group. Lynne Balthazor it's important for you toreturn my call today. I will be here until 5:00 PM Central Standard Time. My number is 877-620-3818. My extension is 433. Again that's 877-620-3818, extension 433. Lynne Balthazor, please return the call as soon as you get the message and be sure to ask for Reggie.

<u>February 22, 2010 at 4:51 PM</u>
Yes this message is for Lynne Balthazor, my name is John Jackson and I am calling from the attorney's office here at the Jacob Collection Group and it's very important that you return my call today at 877-238-2868, extension 415. Once again my number is 877-238-2868 and my extension is 415 you can reach me up until 9:00 PM Central Standard Time it is very important that I hear back from you today. Thank you. Goodbye.

<u>March 1, 2010 at 12:16 PM</u>
This is a message is for Lynn Balthazor.  Lynn, my name is Reggie Davis, I'm giving you a call from the office at Jacob Law Group.  When you get this message, please return the call today at 877-620-3818, extension 433.  Again, that's 877-620-3818, extension 433.  Lynn, return the call as soon as you get the message and ask for Reggie Davis.

<u>March 3, 2010 at 7:49 PM</u>
Hi, this is Stephanie.  Give me a call at 877-620-3818, extension 422.  Thank you.

<u>March 5, 2010 at 12:25 PM</u>
This is a message is for Lynn Balthazor.  My name is Andrew.  I'm calling from the Attorney's Office of the Jacob Law Group.  It's very important you return my call when you receive this message at 877-620-3818.  Again, that number is 877-620-3818 my extension is 411, you should ask for Andrew when you call.  Again, this is an important message from the Jacob Law Group, I need to speak with you by 5 PM today, Ms. Balthazor.  We need to re-establish a (inaudible).  We're tried to reach you numerous times.  Ask for Andrew when you call.  This is an important message from the Attorney's Office, return my call today.  Thank you.  877-620-3818.

March 6, 2010 at 1:47 PM – PRE-RECORDED MESSAGE
…and this communication is from a debt collector.  Once again, please contact the Jacob Law Group at 877-620-3818.  If you wish to be connected to an account representative now, press 1 on your...

March 8, 2010 at 12:06 PM
Hello, this is a message is for Lynn Balthazor.  Hello Lynn, my name is Blake Ammico, I'm calling from the Attorney's Office at the Jacob Law Group.  It's very important you return my call today, I do have a matter in my office that concerns you, you can reach me at 877-620-3818, extension 431.  I'll be here until 5 o'clock CST, Lynn.  It is very important that you return my phone call today.  I look forward to speaking with you and you have a good day, ma'am.

March 16, 2010 at 3:20 PM
Hello, this message is for Lynn.  My name is Candace with Jacob Law Group.  Please contact me today at 877-620-3818.  Once again, the toll-free number is 877-620-3818, extension 456.  Thank you.

March 20, 2010
Hello, this message is for Lynne Balthazor.  My name is Marcus Thompson I'm call on behalf of the attorney Office of Jacob Law Group. It is very important this phone call is returned as soon as possible, you may contact me at 1-877-238-2868, I'm gonna be in the office today from 8 to 12, which should give you ample time to return my phone call today. The number again is 1-877-238-2868, when calling in please ask for Marcus at extension 442, thank you.

March 22, 2010 at 2:48 PM
Hello, this message is for Lynne Balthazor.  Lynne this is Angie Butler contacting you from my attorney office here, the Jacob Law Group. Need a return phone call today, at 877-620-3818, 877-620-3818, extension 460, Thank you.

March 25, 2010 at 2:22 PM
Hello, this message is for Lynne Balthazor.  My name is Angela Tucker I'm calling from the attorney office, at the Jacob Law Group. It is very important I do speak with you as soon as possible today. My number is 877-620-3818, extension 405, once again that number is 877-620-3818, extension 405,

Make sure when you call in you do ask for Angela Tucker, thank you, good bye.

March 26, 2010 at 10:24 AM
Hi, this message is for Lynne.  Lynne my name is Margaret, and I'm calling you once again from the attorney office, here at the Jacob Law Group. Lynne we have tried to contact you on several occasions and you *really* need to return my phone call today at 877-620-3818, extension 463, again that number is 877-620-3818, extension number 463, thank you.

March 31, 2010 at 10:13 AM
Hi, this is Stephanie and we are caller 877-630-3818 extension 422 it is very important that return this call today, thank you

April 2, 2010 at 9:49 AM
Good afternoon , my name is Charles (inaudible) I'm with the attorneys office of the Jacob Law Group, I need speak to Lynne Balthazor, as soon as possible my number is 877-620-3818 ask for Charlie when you call. And they will patch you right through to my office. I will be expecting to here from you Ms Balthazor, have a good day.

April  9, 2010 at 2:47 PM
This message is for Lynne, my name is (inaudible) I'm calling attorney office of Jacob Law Group. It is important that you return my call today at 877-620-3818, my extension is 424. Once again my number is 877-620-3818, extension 424. I do need to talk to you today. This matter is important, It's an attorney office I need to talk to you today, thank you

April 12, 2010 at 1:47 PM
This message is for Lynne Balthazor, Ms. Balthazor this is Rene Boldger, I'm calling from the attorneys office , of the Jacob Law Group. I need you to give me a return call today. The number is 877-620-3818 extension 407. I should be in the office until 9pm Central standard time, I need to speak with you today Lynne, thank you.

April 15, 2010 at 11:41 AM
This message is for Lynne Balthazor, my name is Beth calling from the attorney of the Jacob Law group. Lynne I need a return call today at 877-620-3818, again the number is 877-620-3818 my extension is 409 and I'll be

in the office until 5pm Central standard time. Be sure to return the call and ask for Beth.

April 16, 2010 at 9:50 AM
This message is for Lynne Balthazor; my name is Beth calling from the attorney of the Jacob Law group. Lynne I need a return call today at 877-620-3818, again the number is 877-620-3818 my extension is 409 and I'll be in the office until 5pm Central standard time. Again Lynne Balthazor return the call to the attorneys office and be sure to ask for Beth. Have a great day.

April 21, 2010 at 2:36 PM
NO DISCERNABLE MESSAGE

April 25, 2010 at 9:39 AM
This message is for Lynne Balthazor; my name is Beth calling from the attorney's office of the Jacob Law Group. Lynne I need a return call today, at 877-620-3818 again that number is 877-620-3818 my extension is 409, and I'll be in the office until 5 pm Central standard time. Lynne Balthazor it is very important you return this call to the attorney's office, and be sure to ask for Beth.

April 27, 2010 at 5:45 PM
Lynne Balthazor, this is (inaudible) with the Jacob Law Group, return the phone call today, the number is 1-877-620-3818 extension 420, 1-877-620-3818, extension 420, please return the call today.

April 30, 2010 at 9:55 AM
This message is for Lynne Balthazor, Lynne this is David at the attorney's office here at the Jacob Law Group, return my call today, at 877-620-3818, the number again Lynne 877-620-3818, ask for David extension 443.

May 5, 2010 at 3:49 PM
Lynne ahum Balthazor, return my call, Lynne return my call, 877-238-2868 877-238-2868, extension 421.

May 14, 2010 at 11:42 AM
Lynne hi, this is Stephanie give me a call at 877-620-3848, extension 422, it is important that you return this call today, I'll be in the office until 5pm central time, that number again is 877-620-3818, extension 422, thank you.

7

May 15, 2010 at 9:54 AM
Hello, this message is for Lynne Balthazor, this is Marcus Thompson with the attorneys office of the Jacob Law Group. I need to speak with you today before 12 pm central standard time. You may return my call at 1-877-238-2868. When calling in ask for Marcus at extension 442, that number again is 1-877-238-2868.

May 19, 2010 at 3:06 PM
Hey Lynne, this is Samantha with the attorney office of Jacob Law , ma'am I need a return phone call from you today. My number is 877-238-2868, my extension number is 440, the number again 877-238-2868 at extension 440, thank you.

May 24, 2010 at 12:02 PM
This message is for Lynne , my name is Chance I'm calling from the attorney office of the Jacob Law Group, it is important you return my call today at 877-620-3818, once again my number is 877-620-3818, I'll be in the office until 5pm central time, thank you.

May 25, 2010 at 2:57 PM
Hey Lynne, this is Veronica at the attorney's office with the Jacob Law Group. I need you to give me a call back at 877-620-3818 again my number is 877-620-3818.

May 26, 2010 on 2:56 PM
Hello , this is Angela Tucker, I'm calling for Lynne Balthazor, Lynne Balthazor I need you to return my call today before 5pm Central standard time, at 877-620-3818 extension 405, once again the number is 877-620-3818 extension 405. Lynne Balthazor make sure you ask for Angela Tucker, thank you, good bye.

June 7, 2010 at 2:50 PM
Hello, this message is for Lynne Balthazor, my name is Michael, I'm calling from attorney office at the Jacob Law Group. It is important you return my call today, at 877-620-3818 again the number is 877-620-3818, it is important you return my call today, by 5pm central standard time. Thank you.

June 10, 2010 at 8:42 PM

Yea this message is for Lynne Balthazor, Mrs. Balthazor this is Mr. Watkins, calling from the attorney's office, ma'am I need you to return my call. Ah the number up here is 877-620-3818, again the number 877-620-3818 I'm gonna be here in my office for another hour and 20 minutes. I need you to call me back before 9 central, thank you.

June 11, 2010 at 10:58 AM
Yes this message is for Lynne Balthazor, Lynne this is Mr. Watson, from the attorney's office, I need you to return my phone call. The number is 877-620-3818 again my number is 877-620-3818 and I will be here in my office until 5pm central standard time. My extension is 414.

June 18, 2010 at 9:33 AM
Hello this message is for Lynne Balthazor, Lynne this is (inaudible) from the attorney office of the Jacob Law Group, please give me a call back, at 877-620-3818, extension 424, again 877-620-3818 extension 424. Thank you have a good day.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

9

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.,</u> 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        donyarbrough@mindspring.com

        By: s/ Donald A. Yarbrough
            Donald A. Yarbrough, Esq.
            Florida Bar No. 0158658